UNITED STATES DISTRICT COURT
F0R THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. HUGHES,                     )<br>                                                       )<br>    Plaintiff,                              )<br>                                                       )<br>v.                                                    )<br>                                                       )<br>BAYSTATE FINANCIAL SERVICES, LLC,   )<br>IAFF FINANCIAL CORPORATION,                )<br>KURT M. BECKER, DAVID C. PORTER,        )<br>                                                       )<br>    Defendants                          )<br>                                                       ) | Civil Action No. 1:23-cv-10361-AK |

## DEFENDANT IAFF FINANCIAL CORPORATION'S
## MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant IAFF Financial Corporation ("IAFF-FC") moves for an order dismissing the claims against it in this lawsuit.

As more fully set forth in the accompanying Memorandum of Law, Plaintiff's claims against IAFF-FC both fail as a matter of law because there is no allegation – nor can there be – that IAFF-FC took any action that could conceivably be considered a violation of law.  Rather, at most, Plaintiff alleges that he had "concerns" that certain actions that were purportedly the subject of internal discussion might, if taken, violate some unidentified legal, regulatory, ethical, and/or professional obligation.  To be clear, the IAFF-FC disputes that it or any of its employees contemplated unlawful or improper conduct at any point in time, and Plaintiff does not allege that IAFF-FC in fact did anything unlawful at any point in time.  For these reasons and as more fully set forth in the accompanying Memorandum of Law, the Court should dismiss the claims against IAFF-FC under Fed. R. Civ. P. 12(b)(6) because neither cause of action states a legally cognizable claim.

1

## REQUEST FOR ORAL ARGUMENT

The IAFF-FC requests oral argument on this Motion on the ground that such argument may assist the Court in resolving this Motion.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel certifies that he has conferred with counsel for the Plaintiff in a good faith effort to resolve or narrow the issues raised in this Motion.

Respectfully submitted,

 /s/ William Kettlewell
William H. Kettlewell (BBO # 270320)
Sara E. Silva (BBO # 645293)
SILVA, KETTLEWELL & PIGNATELLI LLP
10 High Street, Suite 505
Boston, MA 02110
(617) 351-9091
bill.kettlewell@skpboston.com
sara.silva@skpboston.com

*Counsel for Defendant IAFF Financial Corporation*

Dated: May 15, 2023

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

 /s/ William Kettlewell
William H. Kettlewell (BBO # 270320)